In the Matter of the Application of EMIL LENC, as President of the SUPREME LODGE C. S. B. P. J. BOHEMIAN SLAVONIC FRATERNAL BENEFIT UNION, Respondent, for a Peremptory Mandamus against AUGUST R. ZICHA et al., as Former President of the SUPREME LODGE, BOHEMIAN SLAVONIC FRATERNAL BENEFIT UNION, et al., Appellants.

(Submitted November 26, 1928; decided November 27, 1928.)

*Reginald F. Isaaca* for motion.
*Charles Recht* opposed.

Motion granted and appeal dismissed, unless appellants file their return and serve their case on appeal and pay ten dollars costs on or before December 20, 1928, in which event the motion will be denied.